**IT IS ORDERED as set forth below:**



**Date: January 3, 2020**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RHANDI DANELL THOMAS, | : | CASE NO. 16-54216-PMB |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO PAY SECURED CLAIM OF SPECIAL COUNSEL AND TO PAY DEBTOR'S CLAIMED EXEMPTION**

This matter is before the Court on the *Trustee's Motion For Authority To Pay Secured Claim Of Special Counsel And To Pay Debtor's Claimed Exemption* [Doc No. 52] (the "**Motion**"), in which S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Rhandi Danell Thomas ("**Ms. Thomas**" or "**Debtor**"), sought an order authorizing Trustee to pay certain estate funds in the amount of $42,617.56 to Carl E. Douglas of Douglas/Hicks Law, APC and Antablin & Bruce, ALP (collectively, "**Special Counsel**") for the attorney's lien that was generated through their representation of Ms. Thomas prior to the bankruptcy case in certain claims arising out

14506271v1

of the beating death of Darren Burley on August 3, 2012 ("**Incident**") and to pay Ms. Thomas's Allowed Exemption in any recovery from the same.[1]

On December 2, 2019, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 56] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018.  Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on December 2, 2019.  [Doc. No. 57].

The Notice provided notice of the opportunity to object and for hearing pursuant to the procedures in General Order No. 24-2018.  No objection to the Motion was filed prior to the objection deadline provided in the Notice.

The Court having considered the Motion and all other matters of record, including the lack of objection to the relief requested in the Motion, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**: Trustee is authorized to pay $42,617.56 to Special Counsel for its secured claim, and Trustee is authorized to pay $11,098.00 to Ms. Thomas for her Allowed Exemption.

**[END OF DOCUMENT]**

---

[1]  Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

14506271v1

Prepared and submitted by:

ARNALL GOLDEN GREGORY LLP

By:*/s/ Michael J. Bargar*
Michael J. Bargar
GA Bar No. 645709

171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
404.870.7030
michael.bargar@agg.com
Attorneys for Trustee

**DISTRIBUTION LIST**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031

Rhandi Danell Thomas
2678 Rambling Way
Lithonia, GA  30058

Jonathan A. Proctor
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North
Suite 201
Atlanta, GA  30346

Carl E. Douglas
Douglas/Hicks Law
5120 W Goldleaf Circle
Ste. 140
Los Angeles, CA 90056

Antablin & Bruce, ALP
6300 Wilshire Blvd.
Ste. 840
Los Angeles, CA 90048

14506271v1