**IT IS ORDERED as set forth below:**



Date: January 3, 2020

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RHANDI DANELL THOMAS, | : | CASE NO. 16-54216-PMB |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S APPLICATION FOR FINAL COMPENSATION
OF SPECIAL COUNSEL AND REQUEST
FOR AUTHORIZATION TO PAY COMPENSATION**

This matter is before the Court on the *Trustee's Application For Final Compensation Of Special Counsel And Request For Authorization To Pay Compensation* [Doc. No. 53] (the "**Application**"), in which S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Rhandi Danell Thomas ("**Ms. Thomas**" or "**Debtor**"), sought to pay Carl E. Douglas of Douglas/Hicks Law, APC ("**Douglas**") final compensation of $10,358.14 (or 10% of the 2.5% of the gross settlement amount paid by the County of Los Angeles).

14506326v1

On December 2, 2019, Trustee filed *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 55] (the "**Notice**") regarding the Motion, in accordance with General Order No. 24-2018. Counsel for Trustee certifies that he served the Notice on all requisite parties in interest on December 2, 2019. [Doc. No. 57].

The Court has considered the Application and all other matters of record, including the lack of objection to the relief requested in the Application, and it has applied the standards set forth in *Norman v. Housing Authority for the City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988), and 11 U.S.C. §§ 330 and 331. It appears to the Court that the compensation for services rendered is reasonable. Based on a lack of opposition to the Application; the Court finding that no further notice or hearing is necessary; and good cause having been shown, it is hereby

**ORDERED** that the Application is **GRANTED**: Trustee is authorized to pay $10,358.14 to Douglas as full and final compensation for its representation with regard to the Claims.[1]

**[END OF DOCUMENT]**

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

Prepared and submitted by:

ARNALL GOLDEN GREGORY LLP

By:/s/ *Michael J. Bargar*
Michael J. Bargar
GA Bar No. 645709

171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
404.870.7030
michael.bargar@agg.com
Attorneys for Trustee

**DISTRIBUTION LIST**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Rhandi Danell Thomas
2678 Rambling Way
Lithonia, GA  30058

Jonathan A. Proctor
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North
Suite 201
Atlanta, GA  30346

Carl E. Douglas
Douglas/Hicks Law
5120 W Goldleaf Circle
Ste. 140
Los Angeles, CA 90056

14506326v1

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031

14506326v1